```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 04236
   TANESHA HICKMON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4497


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/25/2008 and was not confirmed.

     The case was dismissed without confirmation 05/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED           952.89          .00           .00
CAPITAL ONE              UNSECURED          1189.17          .00           .00
AFNI INC                 UNSECURED        NOT FILED          .00           .00
AT&T                     UNSECURED        NOT FILED          .00           .00
BP/CBSD                  UNSECURED        NOT FILED          .00           .00
C POINT                  UNSECURED        NOT FILED          .00           .00
COLLECTION COMPANY OF AM UNSECURED        NOT FILED          .00           .00
COLLECTION COMPANY OF AM UNSECURED        NOT FILED          .00           .00
CRED PROTECTION ASSOCIAT UNSECURED        NOT FILED          .00           .00
DEBT CREDIT SERVICES     UNSECURED        NOT FILED          .00           .00
FORTE COMMUNICATIONS     UNSECURED        NOT FILED          .00           .00
JC PENNEY                UNSECURED        NOT FILED          .00           .00
MERRICK BANK             UNSECURED          1115.16          .00           .00
NATIONWIDE COLLECTIONS   UNSECURED        NOT FILED          .00           .00
OSI RECOVERY SOLUTIONS   UNSECURED        NOT FILED          .00           .00
PAYDAY LOAN STORE OF IL  UNSECURED        NOT FILED          .00           .00
RECEIVABLES MANAGEMENT   UNSECURED        NOT FILED          .00           .00
SALLIE MAE GUARANTEE SER UNSECURED         41699.24          .00           .00
WELLS FARGO BANK NA      UNSECURED          8996.09          .00           .00
WOMEN'S WORKOUT WORLD    UNSECURED        NOT FILED          .00           .00
MICHAEL HOARD            DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04236 TANESHA HICKMON
```

```
DEBTOR REFUND                                                            .00
                                       ---------------    ---------------
TOTALS                                             .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```